1  JACOB M. HEATH (SBN 238959)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA  94025
3  Tel:    (650) 614-7321
   Fax:    (650) 614-7401
4  Email:  jheath@orrick.com

5  MICHELLE N. MOLNER (SBN 330438)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  405 Howard Street
   San Francisco, CA 94105
7  Tel:    (415) 773-4573
   Fax:    (415) 773-5759
8  Email:  mmolner@orrick.com

9  Attorneys for Defendants
   INSTAGRAM, LLC AND
10 META PLATFORMS, INC.

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14 BANGERBUDDY, LLC, a New Jersey limited          Case No. 3:22-cv-02078
   liability company,
                                                   **NOTICE OF REMOVAL**
15                       Plaintiff,

16        v.

17 INSTAGRAM, LLC, a Delaware limited
   liability company; META PLATFORMS, INC.,
18 a Delaware corporation; and DOES 1-20,

19                       Defendants.

20

21

22

23

24

25

26

27

28

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF BANGERBUDDY, LLC, AND PLAINTIFF'S ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendants Instagram, LLC ("Instagram") and Meta Platforms, Inc. (individually "Meta", and collectively "Defendants") hereby remove this case from the Superior Court of San Mateo County, California to the United States District Court for the Northern District of California.  Removal is proper for the reasons stated below.

## I.    BACKGROUND

1.    On March 3, 2022, plaintiff Bangerbuddy, LLC filed a Complaint in the Superior Court of San Mateo County against Defendants.  A copy of the Complaint—captioned *Bangerbuddy, LLC v. Instagram, LLC et al.*, Case No. 22-CIV-00931—is attached hereto, along with all other documents filed in the state court proceeding.  *See* Ex. A.

2.    The Complaint alleges three causes of action for: (1) Intentional Interference with Prospective Economic Advantage; (2) Intentional Interference with Contractual Relations; and (3) Unfair Business Practices (violation of Business and Professions Code Section 17200 *et seq.*).  Compl. ¶¶ 29-53.

3.    Plaintiff contends that it operates several Instagram accounts under the names of "@bangerbuddy", "@bangerbuddyevents", and "@nickfilchy" (collectively, "Accounts") and entered into contracts with third-party companies (collectively "Third Parties") to promote the Third Parties' products on the Accounts.  Compl. ¶¶ 9-11.

4.    Plaintiff contends that Defendants have suspended or deactivated the Accounts several times, which has disrupted or precluded Plaintiff's ability to fulfill its contractual obligations and to advertise and promote its own business.  Compl. ¶¶ 15-16.

5.    Plaintiff seeks $250,000 in compensatory damages; injunctive relief to preclude Defendants from suspending or deactivating the Accounts; as well as other damages, costs, and fees.  Compl. ¶¶ 1-8, p. 9.

## II.     TIMELINESS OF REMOVAL

6.      Defendants were personally served the Complaint and Summons on March 9, 2022. *See* Ex. A at p. 16-19.  Therefore, this Notice of Removal is timely, as it is being filed within 30 days of service of the Complaint on Defendants.  No other pleadings have been served.

## III.     JURISDICTION AND GROUNDS FOR REMOVAL

7.      This case is properly removed to this Court because there is diversity jurisdiction under 28 U.S.C. § 1332.  For purposes of diversity, a corporation is a citizen of "any State by which it has been incorporated and of the State where it has its principal place of business."  28 U.S.C. § 1332(c)(1).  A limited liability company is a citizen of all states where its owners are citizens.  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir.2006).  Plaintiff is a limited liability company organized under the laws of New Jersey with its principal place of business in Miami, Florida.  Compl. ¶ 4.  Upon information and belief, Plaintiff's sole owner is Nick Filchukov, who resides in New Jersey.  Plaintiff is therefore a citizen of New Jersey.  Meta is a Delaware corporation with its principal place of business in Menlo Park, California, and is therefore a citizen of Delaware and California.  Compl. ¶ 5.  Instagram is a limited liability company organized under the laws of Delaware with its principal place of business in Meno Park, California.  Compl. ¶ 6. Instagram is wholly owned by Meta, and is therefore likewise a citizen of Delaware and California.  Thus, complete diversity exists here, since no plaintiff is a citizen of the same state as any defendant.  *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81 (2005); *see also* 28 U.S.C. §1332.

8.      The damages sought in this action are well in excess of $75,000, as Plaintiff seeks at least $250,000 in compensatory damages, as well as other punitive and exemplary damages. Compl. ¶¶ 1, 4, p. 9.

9.      Defendants reserve the right to amend or supplement this Notice of Removal or to present additional argument in support of its entitlement for removal.

10.     Defendants intend no admission of fact or liability by this Notice of Removal and do not waive any defenses, objections, or motions available under state or federal law.  Further, Defendants expressly reserve the right to move for dismissal of some or all of Plaintiff's claims

2

and/or seek dismissal on grounds of lack of personal jurisdiction, improper venue, and forum non conveniens.

**IV.     VENUE**

11.     This action was originally brought in the Superior Court of San Mateo County, and venue thus lies in the Northern District of California, pursuant to 28 U.S.C. §§ 1441, 1446(a), and 84(a).

**V.     NOTICE OF REMOVAL**

12.     Defendants will promptly provide written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Superior Court of San Mateo County, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Notice is hereby given that this action is removed from the Superior Court of San Mateo County, California to the United States District Court for the Northern District of California.

Date: March 31, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        */s/ Jacob M. Heath*
                                        Jacob M. Heath

                                        Attorney for Defendants
                                        Instagram, LLC and Meta Platforms, Inc.

NOTICE OF REMOVAL