JACOB M. HEATH (SBN 238959)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel:     (650) 614-7321
Fax:    (650) 614-7401
Email: jheath@orrick.com

MICHELLE N. MOLNER (SBN 330438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel:     (415) 773-4573
Fax:    (415) 773-5759
Email: mmolner@orrick.com

Attorneys for Defendants
INSTAGRAM, LLC AND
META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANGERBUDDY, LLC, a New Jersey limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INSTAGRAM, LLC, a Delaware limited liability company; META PLATFORMS, INC., a Delaware corporation; and DOES 1-20,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-2078<br><br>**DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), this Corporate Disclosure Statement is filed on behalf of Defendant Meta Platforms, Inc. (formerly Facebook, Inc.). Undersigned counsel of record certifies that Meta Platforms, Inc. does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock. Meta Platforms, Inc. is a publicly held company organized under the laws of Delaware.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Meta Platforms, Inc. will supplement its disclosure if necessary.

Date: March 31, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Jacob M. Heath*
Jacob M. Heath

Attorney for Defendants
Instagram, LLC and Meta Platforms, Inc.