JACOB M. HEATH (SBN 238959)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel:     (650) 614-7321
Fax:    (650) 614-7401
Email: jheath@orrick.com

MICHELLE N. MOLNER (SBN 330438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel:     (415) 773-4573
Fax:    (415) 773-5759
Email: mmolner@orrick.com

Attorneys for Defendants
INSTAGRAM, LLC AND
META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANGERBUDDY, LLC, a New Jersey limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INSTAGRAM, LLC, a Delaware limited liability company; META PLATFORMS, INC., a Delaware corporation; and DOES 1-20,<br><br>　　　　　　　　　Defendants. | Case No.  3:22-cv-02078<br><br>**PROOF OF SERVICE BY MAIL** |

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 S. Figueroa Street, suite 3200, Los Angeles, CA 90017. On March 31, 2022, I served the following documents:

- **NOTICE OF REMOVAL**
- **CIVIL COVER SHEET**
- **META PLATFORM, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES AND INDIVIDUALS**
- **INSTAGRAM, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES AND INDIVIDUALS**

on plaintiff Bangerbuddy, LLC by placing a true and correct copy thereof in sealed envelopes addressed as follows:

**David R. Fisher**
**Jeffrey R. Klein**
**Fisher, Klein & Wolfe, LLP**
9401 Wilshire Boulevard, suite 640
Beverly Hills, CA 90212
(310) 278-4300

*Attorneys for Plaintiff*

The sealed envelopes were placed for collection and mailing at the business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on the same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 31, 2022, at Los Angeles, California.

                                  *NICOLE PAYNE*
                                  Nicole Payne